**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 08 55 ML |
| | ) | |
| v. | ) | CR. No. |
| | ) | In violation of 18 U.S.C. § |
| | ) | 1343 |
| FRANK SERIO | ) | |

**INFORMATION**

The United States Attorney charges:

**COUNT 1**

**A. Introduction**

1. At all times material to this Information, defendant FRANK SERIO was the owner and operator of Travel Concepts, Inc. ("Travel Concepts"), a travel agency operating out of Providence, Rhode Island.

2. At all times relevant to this Information, Airlines Reporting Corporation ("ARC") was a not-for-profit corporation located in Arlington, Virginia which manages a settlement system between travel agents and airlines. Accredited travel agents are required to submit weekly sales reports to ARC. Based on these reports, ARC instructs the passengers' credit card companies to issue payment to the respective airlines or to Amtrak for the full amount of the ticket. ARC also handles refund requests made by travel agents for credit card transactions by instructing the airlines and Amtrak to issue a refund directly to the credit card

on which the ticket was purchased.

3. At all times relevant to this Information, Delta Airlines, U.S. Airways, American Airlines, United Airlines, Northwest Airlines, Continental Airlines, British Airways and Amtrak were all transportation carriers that reported to ARC and utilized ARC as the settlement system to balance transactions between travel agents and the carriers.

4. At all times relevant to this Information, defendant FRANK SERIO was a member of ARC and accredited by ARC to issue airline/Amtrak tickets. As an ARC member, defendant SERIO maintained a bank account through which ARC drafted money to the carriers to cover the cost of cash and check tickets purchased through Travel Concepts and into which ARC deposited money for any cash or check refunds requested by defendant SERIO. For refund requests made by defendant SERIO for tickets purchased by credit card, ARC would notify the carrier to issue a refund to the credit card on which the ticket was purchased.

**B. The Scheme**

5. Beginning in or about July 2004, and continuing until in or about October 2007, in the District of Rhode Island and elsewhere, the defendant,

FRANK SERIO

knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money and property from Delta Airlines, U.S. Airways, American Airlines, United Airlines, Northwest Airlines, Continental Airlines, Royal Jordanian Airlines, British Airways and Amtrak by means of false and fraudulent pretenses, representations, and promises.

**C. Manner and Means**

6. It was part of the scheme that defendant FRANK SERIO, doing business as Travel Concepts, utilized the ARC system to purchase hundreds of tickets from the aforementioned airlines and from Amtrak for either fictitious individuals or for actual individuals who did not seek to purchase any travel tickets. Defendant FRANK SERIO would purchase these fraudulent airline and Amtrak tickets on his own personal credit cards or on credit cards in the name of Travel Concepts.

7. It was a further part of the scheme that defendant FRANK SERIO would purchase airline and Amtrak tickets utilizing fraudulent voucher numbers, known in the transportation industry as Non-Transportation documents ("NTR's"). These fraudulent

NTR's would greatly reduce the actual cost of the transportation ticket. The NTR's submitted by defendant either contained bogus numbers or numbers that had been set aside for employees of the transportation carriers or for their immediate family members. With the submission of the fraudulent NTR numbers, defendant SERIO would typically pay a small portion of the actual price of the transportation ticket on his own credit card.

8. It was a further part of the scheme that within days or weeks of purchasing a discounted ticket using a bogus or fraudulent NTR number, defendant FRANK SERIO would utilize the ARC settlement system to request a refund of the entire amount of the ticket, including the amount of the bogus NTR. Based on defendant's status as an ARC member, ARC would direct the airlines and Amtrak to refund the entire amount of the ticket, including the purported amount of the NTR, to defendant's own credit cards. As a result of this scheme, defendant SERIO unlawfully and fraudulent received from the airlines and from Amtrak the purported dollar value of the bogus NTR's, totaling approximately $571,000 during the period of July 2004 through October 2007.

D. **Execution of the Scheme**

9. On or about October 10, 2007, in the District of Rhode Island, for the purpose of executing the aforementioned scheme and artifice, and attempting to do so, defendant FRANK SERIO did knowingly cause to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs and signals, that is an electronic submission of a request made to ARC for a refund of amounts paid to Delta Airlines in the amount of $6,537.04.

In violation of 18 U.S.C. § 1343.

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
LEE H. VILKER
Assistant U.S. Attorney

______________________
LUIS M. MATOS
First Assistant U.S. Attorney

6-19-08
______________________
Date