AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America

v.

Frank Serio

APPEARANCE

CASE NUMBER: CR 08-55-ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Frank Serio

I certify that I am admitted to practice in this court.

June 30, 2008
*Date*

Michael J. Lepizzera, Jr.
*Signature*

Michael J. Lepizzera, Jr. #4995
*Print Name* *Bar Number*

117 Metro Center Blvd. Ste 2001
*Address*

Warwick RI 02886
*City* *State* *Zip Code*

(401) 739-7397 (401) 384-6950
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.