O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
FRANK SERIO

WAIVER OF INDICTMENT

CR 08 55 ML

CASE NUMBER:

I, FRANK SERIO, the above named defendant, who is accused of

wire fraud 18 U.S.C. § 1343

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 30, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FRANK SERIO [signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer
USMJ