AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

FRANK SERIO

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 08-55ML

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. District Court<br>Two Exchange Terrace, Providence, RI | COURTROOM A |
| Before: Magistrate Judge Lincoln D. Almond | Date and Time<br>6/30/2008 10:00 am |

To answer a(n)

- [ ] Indictment
- [x] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title 18 United States Code, Section(s) 1343

Brief description of offense:

Wire Fraud

Signature of Issuing Officer

6/23/2008
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] Date 6/30/08

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/2/08
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

2008 JUL -7 A 11:47
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
FILED

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.